**Anna Marie STALLINGS, f/n/a Anna Marie Muir, Plaintiff/Appellant,**

v.

**Dennis J. MUIR, Defendant/Respondent.**

**No. 67281.**

Missouri Court of Appeals,
Eastern District,
Division One.

Sept. 19, 1995.

Timmothy H. Battern, St. Louis, for appellant.

Richard B. Dempsey, Richard B. Dempsey, Jr., Washington, for respondent.

Before REINHARD, P.J., and KAROHL and WHITE, JJ.

*ORDER*

PER CURIAM.

Former wife appeals from the judgment in her suit in equity, in which the court refused to divide former husband's pension as undistributed marital property. We affirm. The trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).